**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| In re: | Jeffries, Elishema | § | Case No. 09 B 01294 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2009.

2) The plan was confirmed on 03/26/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/17/2009.

5) The case was dismissed on 10/15/2009.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $5,260.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,275.72 | |
| Less amount refunded to debtor | $0 | |
| **NET RECEIPTS:** | | $1,275.72 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,188.50 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $87.22 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $1,275.72 |

Attorney fees paid and disclosed by debtor $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AB Doer | Unsecured | $204.00 | NA | NA | $0 | $0 |
| Access Receivables Management | Unsecured | $2,920.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $1,475.00 | NA | NA | $0 | $0 |
| Allied Credit | Unsecured | $117.00 | NA | NA | $0 | $0 |
| Allied Credit | Unsecured | $663.00 | NA | NA | $0 | $0 |
| Americas Recovery Network | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $153.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $2,370.20 | $2,370.20 | $0 | $0 |
| Asset Acceptance | Unsecured | $830.00 | $830.33 | $830.33 | $0 | $0 |
| Cda/Pontiac | Unsecured | $165.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Certified Recovery | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Certified Recovery | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Chex Systems Inc | Unsecured | $800.00 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $100.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $700.00 | $3,015.20 | $3,015.20 | $0 | $0 |
| Collection | Unsecured | $744.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Collection Company Of America | Unsecured | $385.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,200.00 | $1,132.82 | $1,132.82 | $0 | $0 |
| Credit Management Co. | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $666.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $666.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $86.00 | NA | NA | $0 | $0 |
| Fed Check | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $126.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $254.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $1,916.00 | NA | NA | $0 | $0 |
| Hunter Warfield | Unsecured | $3,407.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $33.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $37.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $599.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $259.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $2,200.00 | $3,692.43 | $3,692.43 | $0 | $0 |
| Illinois Tollway | Unsecured | $12,000.00 | $16,240.80 | $16,240.80 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $3,524.00 | $3,524.26 | $3,524.26 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $681.00 | $681.59 | $681.59 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $459.00 | $459.34 | $459.34 | $0 | $0 |
| Knight Adjustment | Unsecured | $2,124.00 | $2,728.03 | $2,728.03 | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $102.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $660.00 | NA | NA | $0 | $0 |
| Metropolitan Auto | Unsecured | $2,798.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $154.00 | NA | NA | $0 | $0 |
| Olive Harvey College | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $370.00 | $370.14 | $370.14 | $0 | $0 |
| Professional Account Management | Unsecured | $610.00 | NA | NA | $0 | $0 |
| R & R Country Motors | Unsecured | $5,290.00 | NA | NA | $0 | $0 |
| Rentdebt Automated Collections | Unsecured | $4,205.00 | $4,204.97 | $4,204.97 | $0 | $0 |
| Riddled Assoc P C | Unsecured | $467.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,684.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,631.00 | $4,132.62 | $4,132.62 | $0 | $0 |
| Sallie Mae | Unsecured | $1,608.00 | NA | NA | $0 | $0 |
| Short Term Loans LLC | Unsecured | $256.00 | $256.00 | $256.00 | $0 | $0 |
| State Collection Service | Unsecured | $2,030.00 | NA | NA | $0 | $0 |
| State Farm Bank | Unsecured | $500.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRI State Financial | Unsecured | $1,465.00 | NA | NA | $0 | $0 |
| Wolin-Levin Inc | Unsecured | NA | $2,193.43 | $2,193.43 | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $45,832.16 | $0 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $1,275.72 | |
| Disbursements to Creditors | $0 | |
| **TOTAL DISBURSEMENTS:** | | $1,275.72 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 22, 2009 By: /s/ MARILYN O. MARSHALL
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.